Certificate Number: 05781-NV-DE-041179017

Bankruptcy Case Number: 26-13603



05781-NV-DE-041179017

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 7, 2026</u>, at <u>4:28</u> o'clock <u>PM PDT</u>, <u>Andrea Patterson-sedano</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Nevada</u>.

Date:   <u>July 7, 2026</u>          By:      <u>/s/Allison M Geving</u>

                              Name:   <u>Allison M Geving</u>

                              Title:   <u>President</u>